# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, | No. 1:17-cv-197-BLW |
| Plaintiff,<br>Plaintiffs, | **ORDER** |
| v. | |
| USDA APHIS WILDLIFE SERVICES, | |
| Defendant. | |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to stay (docket no. 16) is GRANTED, and all briefing in this matter shall be STAYED until February 16, 2018, with the briefing schedule to be reset as necessary after that date.

IT IS FURTHER ORDERED, that the hearing now set for November 1, 2017, is VACATED.

DATED: September 25, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court