Talasi B. Brooks (ISB #9712)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83712
(208)342-7024
(208)342-8286 (fax)
tbrooks@advocateswest.org

*Attorney for Plaintiff*
*Western Watersheds Project*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, | No. 1:17-cv-197-BLW |
| Plaintiff, | |
| v. | SETTLEMENT AGREEMENT |
| USDA APHIS WILDLIFE SERVICES, | |
| Defendant. | |

It is hereby stipulated between the undersigned parties and their attorneys that this action be settled, compromised, and dismissed in accordance with the following terms:

1. Plaintiff Western Watersheds Project (hereinafter "Plaintiff") filed the above captioned lawsuit on May 8, 2017 against Defendant U.S. Department of Agriculture, Animal and Plant Health Inspection Service, Wildlife Services (hereinafter "Defendant") concerning the following FOIA requests:

    a. 2017-APHIS-966-F

    b. 2017-APHIS-02748-F

    c. 2017-APHIS-04788

2. During the course of this litigation, Plaintiff received documents responsive to the subject FOIA requests, and has agreed to accept the documents received and the other terms of this Settlement Agreement in satisfaction of these FOIA requests.

3. Defendant agrees to pay the sum of $13,860.00, which sum shall be in full settlement and satisfaction of any and all claims arising from the subject matter of this settlement.

4. Defendant's payment shall be accomplished by electronic funds transfer into Advocates for the West Lawyer Trust Account. Plaintiff's counsel shall provide the appropriate account number and other information needed to facilitate payment to the undersigned Defendant's counsel. Defendant agrees to make payment within 60 days after Plaintiff's counsel provides Defendant the appropriate account number and other information needed to facilitate payment and all parties have signed the Settlement Agreement, or pursuant to court order.

5. Compliance with all applicable federal, state, and local tax requirements shall be the sole responsibility of Plaintiff. This Settlement Agreement is executed without reliance upon any representation by Defendant as to tax consequences, and Plaintiff is responsible for the payment of all taxes that may be associated with the settlement payment.

6. This Settlement Agreement is not an admission of liability or fault on the part of the Defendant, its agents, servants, or employees, and it is specifically denied that they are liable to the Plaintiff. This Settlement Agreement is not an admission by Plaintiffs regarding the validity of their claims in the underlying litigation. This settlement is entered into by the parties for the purpose of compromising disputed claims under the Freedom of Information Act and avoiding the expenses and risks of further litigation.

7. At the time of execution of this Settlement Agreement, Plaintiff's counsel agrees to sign a Stipulation of Dismissal of the above-captioned action with prejudice. This Settlement Agreement is contingent on the filing of the Stipulation of Dismissal with the Court.

8. The persons signing this Settlement Agreement warrant and represent that they possess full authority to bind the persons on whose behalf they are signing to the terms of the settlement.

9. This Settlement Agreement shall not affect other FOIA requests not duplicative of the FOIA requests in this case or other FOIA actions initiated by Plaintiff.

10. The parties agree that the Court retains jurisdiction over this Settlement Agreement with respect to the parties' compliance with the Settlement Agreement.

11. This Settlement Agreement constitutes the entire agreement of the parties concerning the rights and obligations discussed herein and subject to dispute in this suit. No other agreement shall govern the rights of the parties with respect to the matters resolved by this Settlement Agreement, except in accordance with the terms herein.

Dated this 4th day of April, 2018.

*/s/ Talasi B. Brooks*

TALASI B. BROOKS (ISB #9712)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise ID 83701
(208) 342-7024
(208) 342-8286 (fax)
tbrooks@advocateswest.org

Attorney for Plaintiff Western Watersheds Project

*[signature]*
JOANNE RODRIGUEZ (ISB #2996)
U.S. ATTORNEY DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BLVD, STE 600
BOISE ID, 83712-7788
(208) 334-1211
(208) 334-1414 (fax)
Joanne.Rodriguez@usdoj.gov

Attorney for Defendant USDA APHIS
Wildlife Services

SETTLEMENT AGREEMENT—4